Provided to Suwannee
Correctional Institution on:

JAN 2 3 2023

1-21-23

for mailing, by AMQ

RE: FEDERAL COURTS

2023 JAN 26 PM 2:42
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILED

## EMERGENCY COMPLAINT

I AM WRITTING YOUR COURTS ABOUT I AM IN NEEDS OF EMERGENCY I AM BEEN DENIED THE PROPER MEDICAL AND MENTAL HEALTH TREATMENT IN THE FLA. DEPT. OF CORRS. (AT SUWANNEE C.I.) I HAD EXPLAIN TO THE MENTAL HEALTH STAFF'S AND SECURITY STAFF'S. I AM HAVING A MENTAL HEALTH BREAK-DOWN I AM HEARING VOICES AND SEEING THING'S I HAD EXPLAIN THIS TO THE MENTAL HEALTH M.D.S.T (TEAM) I CAN NOT LIVE ON "CLOSE MANAGEMENT" LOCK-DOWN IN A CELL 24/7 HOURS A DAY. DO TO THE HIGH STRESS AND CLOSE WALLS ITS TRIGGER MY DIAGNOSES. IF I AM DISCHARGE FROM OUT OF T.C.U BACK TO CLOSE MANAGEMENT UNIT. I AM GOING TO <u>KILL MYSELF</u> OR <u>CUT MYSELF TO I BLEED OUT</u>, ARE <u>HANG MYSELF</u>. I AM ASKING FOR A LONG TERM MENTAL HEALTH TREATMENT, I AM DEAD ASS SERIOUS I AM GOING TO DO THIS. IF I AM DISCHARGE OUT OF T.C.U TO "C.M" I AM HAVING A MENTAL HEALTH BREAK-DOWN I NEED YOU GET IN TOUCH WITH SOMEONE IN CENTRAL OFFICE IN THE FLA. DEPT. OF CORRS (A.S.A.P) BEFORE I REACT, MY LIFE AND BLOOD'S ON YOUR COURTS HANDS.

THANKS YOU
JULIO ALVAREZ DC# L25010
SUWANNEE CORR INST.